(A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANKLIN GLASPER, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM C. O'BRIEN, Appellant.—

Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.